177 A.3d 131

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARK LOVETT, DEFENDANT–PETITIONER.

C–452 September Term 2017
079746

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002572–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 131

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LORETTA C. BURROUGHS, A/K/A LORETTA D. DOYLE, LORETTA DOYLD, LORETTA THOMAS, LORETTA C. TOKASH, DEFENDANT–PETITIONER.

C–455 September Term 2017
079755

December 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004590–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.